**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

April Petry Defelice
Attorney at Law
203 W. Main St., #208
New Iberia LA 70560-3792

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on November 13, 2024 |

**REHEARING ACTION: November 13, 2024**

**Docket Number: 24   00349-CA**

**DYLAN CAIN DUPLANTIS**
**VERSUS**
**KORTNEY RAE FONTENOT DUPLANTIS**

**Appealed from Jefferson Davis Parish Case No. C-323-23**

BEFORE JUDGES:

   **Hon. Elizabeth A. Pickett**
   **Hon. Van H. Kyzar**
   **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kortney Rae Fontenot Duplantis** has this day been

   **DENIED.**

cc: Austin J. Pottorff, Counsel for the Appellee